[No. 2212–3.  Division Three.  December 21, 1977.]

MERTON B. HOUGLAND, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Ferry
County, No. 6179, B. E. Kohls, J., entered January 13,
1977. *Reversed* by unpublished opinion per Green, J., con-
curred in by Munson, C.J., and McInturff, J.

[No. 4421–1.  Division One.  November 21, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN S.
EKKELKAMP, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 7510, Dennis J. Britt, J., entered
December 17, 1975. *Affirmed* by unpublished per curiam
opinion.

[No. 2188–2.  Division Two.  December 27, 1977.]

MARSHALL L. MCKINNEY, ET AL, *Appellants,* v. PIERCE
COUNTY MEDICAL BUREAU, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 229626, Stanley W. Worswick, J., entered
November 25, 1975. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, A.C.J., and Johnson, J.
Pro Tem.